UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-61302-CIV-DIMITROULEAS

SANDRA W. FILLICHIO,   Magistrate Judge Rosenbaum

    Plaintiff,

v.

GC SERVICES LIMITED PARTNERSHIP,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE is before the Court upon the parties' Joint Stipulation for Dismissal with Prejudice [DE 10] filed on October 26, 2008.  The Court has carefully reviewed the Stipulation and is otherwise fully advised in the premises.  Accordingly, it is **ORDERED AND ADJUDGED** as follows:

    1. The parties' Joint Stipulation for Dismissal with Prejudice [DE 10] is hereby **APPROVED**;

    2. The above-styled action is hereby **DISMISSED with prejudice**;

    3. The clerk shall close this case;

    4. All pending motions are denied as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 27th day of October, 2008.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Donald A. Yarbrough
David P. Hartnett